# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS GOODEN, | ) | CASE NO.  1: 05 CV 0075 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| | ) | |
| ROB JEFFREYS, WARDEN, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, Petitioner's objections to the Report and Recommendation (ECF # 16) are **OVERRULED**, the Report and Recommendation of Magistrate Judge Vecchiarelli is hereby **ADOPTED** (ECF # 10), and Petitioner's Petition for a Writ of Habeas Corpus is **DISMISSED**.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

                 IT IS SO ORDERED.

                 *s/ Donald C. Nugent*
                 DONALD C. NUGENT
                 United States District Judge

DATED: <u>December 15, 2005</u>